IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY CHAMPAGNE,<br>     Plaintiff,<br><br>v.<br><br>NATIONWIDE APPRAISAL SERVICES<br>CORPORATION,<br>     Defendant. | Civil Action No. 07-0012<br><br>Judge Ambrose |

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW come Plaintiff Kimberly Champagne, by and through her undersigned attorney, Lawrence R. Chaban, Esquire and Defendant Nationwide Appraisal Services, by and through its undersigned attorney, Donna J. Geary, Esquire and file this Stipulation of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedures, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

JACKSON LEWIS LLP

*s/ Lawrence R. Chaban*
Lawrence R. Chaban, Esquire
330 Grant Street
2727 Grant Building
Pittsburgh, PA  15219
Pa. I.D. No. 32506
412-765-1888
412-767-1880 – facsimile

*Counsel for Plaintiff,*
*Kimberly Champagne*

Dated:  June 13, 2007

*s/Donna J. Geary*
Donna J. Geary (Pa. ID 62152)
gearyd@jacksonlewis.com
Douglas G. Smith (Pa ID 56834)
smithd@jacksonlewis.com
Steven E. Klein (Pa ID 89528)
kleins@jacksonlewis.com
One PPG Place, 28th Floor
Pittsburgh, PA  15222
412-232-0404
412-232-3441 – facsimile

*Counsel for Defendant, Nationwide*
*Appraisal Services Corporation*

Dated:  June 13, 2007

Granted
Donetta W. Ambrose
6/20/07